**Order entered January 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00476-CR
No. 05-12-00477-CR

**JOSEPH MANUEL MEISENBACH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-83078-2011, 401-83079-2011**

## ORDER

The Court **GRANTS** appellant's December 31, 2012 request for an extension of time to file his pro se response to the *Anders* brief filed by counsel. We **ORDER** appellant to file his response by **MARCH 1, 2013**.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Joseph Manuel Meisenbach, TDCJ No. 1778525, Beto Unit, 1391 F.M. 3328, Tennessee Colony, Texas 75880.


/s/      DAVID W. EVANS
        JUSTICE